■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAROME B. SCOTT, Appellant. [795 NYS2d 478]—Appeal from a judgment of the County Court of Broome County (Smith, J.),

---

rendered March 17, 2004, convicting defendant upon his plea of guilty of the crime of attempted criminal sale of a controlled substance in the third degree.

Defendant pleaded guilty to attempted criminal sale of a controlled substance in the third degree and was sentenced as a second felony offender in accordance with the plea agreement to a prison term of 4 to 8 years. On appeal, defense counsel seeks to be relieved of her assignment as counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Upon our review of the record and defense counsel's brief, we agree. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Mercure, J.P., Crew III, Peters, Rose and Kane, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.